

September 22, 2025

Clifford Owensby
1300 W. Hillcrest Ave.
Dayton, OH 45406

**RE: Your Account Request**

Dear Mr. Owensby,

This letter is in response to the letter received by Wright-Patt Credit Union, Inc. ("WPCU") on September 15, 2025. After reviewing the documentation you submitted, we understand that you are demanding that WPCU cancel your existing debt with WPCU and remit payment in the amount of $1,000,000.00, plus all amounts paid by you to WPCU, to the Clifford Owensby Revocable Living Trust. After review, WPCU has determined that your claims lack any factual or legal merit, so WPCU will not agree to your requests.

When you received each of your loans from WPCU, you signed loan documents and entered into a legal agreement to repay each loan. This obligation includes repaying the principal amount of the loans, along with any accrued interest, fees, and other charges specified in the loan agreements. As long as an outstanding balance remains due to WPCU on your loans, you remain obligated to continue paying the loans as agreed based on your loan agreements.

If you can no longer afford to maintain the payments on your loan, please reach out to our Collections team at (937)912-7430 for further assistance.

Best Regards,

*Abby Prichard*

Abby Prichard
Member Experience Analyst
937-912-7000 ext. 8489



Wright-Patt Credit Union, Inc. | 3560 Pentagon Boulevard | Beavercreek, Ohio 45431
(937)912-7000 | (800)762-0047 | TTY (800)750-0750 | www.wpcu.coop



**Federally Insured by NCUA**