**Name: Clifford Owensby**
(Trustee)
**Address: 330 middle street Dayton, Ohio 45402**

**Lien Holder: WRIGHT PATT CREDIT UNION**
**Lien Holder Address: P.O. BOX 341262 BEAVERVREEK OH 45434-1262**

**Date: SEPTEMBER 5TH 2025**

## Notice of Lien

I **Clifford Owensby** (Trustee) of **Clifford Owensby Revocable Living Trust** send you **WRIGHT PATT CREDIT UNION**, a notice letting you know there is a lien on **Clifford Owensby** Assets which includes the following:

**WRIGHT PATT CREDIT UNION- LIEN AMOUNT $76,067.33**

NO ASSETS Can be Recouped Until The lien of $1,000,000.00 is PAID IN FULL to The **Clifford Owensby Revocable Living Trust** by **Clifford Owensby.**

If You Violate this notice by CONTINUE TO REPORT the Listed Assets or even Send a Letter stating you will CONTINUE TO REPORT the Listed asset or assets on **Clifford Owensby Credit report to credit bureaus after** being notified with this notice, you now opt in to paying **Clifford Owensby Revocable Living Trust**

$1,000,000 LIEN PAY OFF AMOUNT TO SETTLE VIOLATION mailed to 330 middle street Dayton, Ohio 45402.

Thanks, **Clifford Owensby**

(Trustee)